UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

 MARICELA DONET, Individually, and On   :   Case No.: 1:23-cv-00367-JHR
Behalf of All Others Similarly Situated,   :

  :

                      Plaintiff,   :

    vs.   :   **NOTICE OF VOLUNTARY DISMISSAL**

  :

  :

ADVANCED FOOD CONCEPTS, INC.,   :

  :

              Defendant.   :

  :

  :

———————————————————————— x

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Maricela Donet hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Advanced Food Concepts, Inc.

DATED: April 18, 2023                 **MIZRAHI KROUB LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/2023

                        /s/ William J. Downes
                      WILLIAM J. DOWNES

EDWARD Y. KROUB
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

The above-referenced action is dismissed with prejudice. The Clerk of Court is directed to terminate the case. SO ORDERED.

May 10, 2023